WALL v. STOUT

No. 247P83.

Case below: 61 N.C. App. 576.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 9 August 1983.